**HIRALDO P.A.**
Manuel S. Hiraldo, Esq.
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCKIESIA BELTON, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>INDIGO DYE GROUP CORP., d/b/a BUDCARS, a California Corporation,<br><br>Defendant. | CASE NO.: 2:20-cv-02439-JAM-DB<br><br><u>CLASS ACTION</u><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Luckiesia Belton and Indigo Dye Group Corp. d/b/a Budcars, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action as follows: All claims of the Plaintiff are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

Dated: June 4, 2022

**HIRALDO P.A.**

By: */s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
(*pro hac vice*)
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713

*Counsel for Plaintiff*

**Donald G. Walker**

By:  s/s *Donald G. Walker*
 Law Offices of Donald Walker
 Attorney for Defendant
 Indigo Dye Group Corp,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28